IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURT L. TITCHENELL<br>114 Commons Court<br>Chadds Ford, Pennsylvania  19317<br><br>                    Plaintiff<br><br>            v.<br><br>JASON BRADLEY DEFORD<br>c/o Brad D. Rose<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY  10036<br><br>                    Defendant | CIVIL ACTION<br><br><br><br>NO. 2:24-cv-1457 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Kurt L. Titchenell and/or his counsel hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant Jason Bradley DeFord.

Respectfully submitted by:

Dated: 7/9/24

**FLAMM WALTON HEIMBACH**

BY: _____
Stephen Levin (ID 19300)
794 Penllyn Pike, Suite 100
Blue Bell, PA  19422
Telephone:  (267) 419-1509
Fax:  (267) 419-1560
Email:  slevin@flammlaw.com
*Attorneys for Plaintiff
Kurt L. Titchenell*

Steven D. Lustig
Panitch Schwarze Belisario & Nadel LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA  19103
Telephone:  (215) 965-1294
Fax:  (215) 965-1331
Email:  slustig@panitchlaw.com

379949v1